IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND D. BLALOCK 05964-089,

                Petitioner,                    ORDER

v.

                                               10-cv-174-slc

C. HOLINKA Warden of Oxford Correctional Inst.,

                Respondent.

---

      Petitioner Raymond Blalock, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In a letter accompanying his petition, petitioner says that he intends to pay the $5 fee for filing his petition. However, approximately one week has elapsed since petitioner submitted this letter and no fee has been received. To ensure that this case does not languish, I am setting a deadline of April 29, 2010 for petitioner to pay the fee. If petitioner fails to pay the fee by that date, then the court will close his case.

ORDER

      IT IS ORDERED that petitioner may have until April 29, 2010, in which to submit a check or money order made payable to the clerk of court in the amount of $5 to cover the fee for filing his petition. If, by April 29, 2010, petitioner fails to pay the fee or show cause why he is unable to do so, then the clerk of court is directed to close this file for petitioner's failure to prosecute.

      Entered this 7th day of April, 2010.

                                    BY THE COURT:

                                    /s/

                                  STEPHEN L. CROCKER
                                Magistrate Judge