IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND D. BLALOCK,

    Petitioner,

v.

CAROL HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-174-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying the petition for a writ of habeas corpus as a successive petition under 28 U.S.C. § 2244(a).

_____    _6/1/10_
Peter Oppeneer, Clerk of Court    Date